# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Respondent, <br><br> v. <br><br> CAMILLO ANDRES RUIZ-DIAZ <br><br> Defendant-Petitioner. | No.  CR 13-567 PA <br> CV 16-9186 PA <br><br> JUDGMENT DISMISSING ACTION WITH PREJUDICE |

Pursuant to the Court's August 28, 2017 Order dismissing and denying the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by Defendant-Petitioner Camillo Andres Ruiz-Diaz,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed with prejudice.

DATED:  August 28, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE